IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **GEORGE WALTER BREWSTER, III.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | NO. 4:21-CV-00146-CDL-MSH |
| VS. | : | |
| | : | |
| Former Sheriff **DONNA TOMPKINS,** | : | |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER**

*Pro se* Petitioner George Walter Brewster, III, an inmate at the Muscogee County Jail in Columbus, Georgia, has filed this petition for a writ of habeas corpus challenging his incarceration on Muscogee County Superior Court criminal case SU-20-CR-2594. ECF No. 1 at 1-2. He has not yet paid the required filing fee in this case. A review of the Court's records also reveals that the above-captioned petition is nearly identical to one filed to initiate another active habeas action.[1] *Compare* ECF No. 1 with ECF No. 1 in *Brewster v. Countryman* 4:21-cv-00153-CDL-MSH.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133,

---

[1] Petitioner has in fact filed no less than five habeas petitions this year (including this case) in which he challenges his current incarceration in the Muscogee County jail without exhausting his state remedies. *See Brewster v. Thompkins*, 4:20-cv-00013-CDL-MSH (M.D.Ga.Oct.21,2020)(dismissed); *Brewster v. Countryman*, 4:21-cv-00017-CDL-MSH (M.D. Ga. Sep. 8, 2021)(dismissed); *Brewster v. Countryman*, 4:21-cv-00023-CDL-MSH (M.D. Ga. Oct. 6, 2021)(dismissed); *Brewster v. Countryman*, 4:21-cv-00153-CDL-MSH (M.D. Ga. Oct. 22, 2021)(report and recommendation submitted).

138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the pleadings in these cases are identical and seek the same relief from the same indictment, the present action is **DISMISSED** as duplicative.

**SO ORDERED**, this **23rd** day of **November, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE